UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA,

                Plaintiff,         MEMORANDUM & ORDER
                                                      17-CR-00019

    v.

TONY LEUNG,

                Defendant.

------------------------------------------------------------x

GLASSER, Senior United States District Judge:

The defendant's letter motion requesting an Order that would extend his date of surrender to February 8, 2019, is hereby granted.

    SO ORDERED.

Dated:      Brooklyn, New York
              January 18, 2019

                                        /s/
                                        I. Leo Glasser